O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTISS GRIFFIN,<br><br>   Petitioner,<br><br>   v.<br><br>KELLY HARRINGTON, Warden,<br><br>   Respondent. | Case No. CV 10-8753-VBF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which respondent has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting the First Amended Petition, and that respondent release petitioner unless the State of California elects to retry petitioner within 90 days from the date of this order.

DATED: November 7, 2012      _Valerie Baker Fairbank_
                             HONORABLE VALERIE BAKER FAIRBANK
                             UNITED STATES DISTRICT JUDGE