O

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PRENTISS GRIFFIN, | ) | Case No. CV 10-8753-VBF (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is granted.

Dated: November 7, 2012

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE